B250E
(6/91)

# United States Bankruptcy Court
## Southern District of Illinois

In re  Midwest Racking Manufacturing Inc
   Debtor

Case No. 07-31110

Chapter  7

### SUMMONS TO DEBTOR IN INVOLUNTARY CASE

**To the above named debtor**:

  A petition under title 11, United States Code was filed against you on  06/01/2007  in this bankruptcy court, requesting an order for relief under chapter  7  of the Bankruptcy Code (title 11 of the United States Code).

  YOU ARE SUMMONED and required to file with the clerk of the bankruptcy court a motion or answer to the petition within 20 days after the service of this summons. A copy of the petition is attached.

| Address of Clerk | U.S. Bankruptcy Court<br>750 Missouri Ave<br>East St. Louis, IL 62201 |
|---|---|

At the same time, you must also serve a copy of your motion or answer on petitioner's attorney.

| Name and Address of Petitioner's Attorney | Laura Toledo  William Asa<br>720 Olive St  216 N Main<br>Suite 2400  Edwardsville, IL 62025<br>St Louis, MO 63101 |
|---|---|

If you make a motion, your time to serve an answer is governed by the Federal Rule of Bankruptcy Procedure 1011(c).

If you fail to respond to this summons, the order for relief will be entered.

                    Wayne A. Bannert
                    Clerk of the Bankruptcy Court

06/04/2007             By: /s/ Lynn M Tebbe
Date                 Deputy Clerk

*Set forth all names, including trade names, used by the debtor within the last 6 years. (Fed. R. Bankr. P. 1005).*

Case No. _____

**CERTIFICATE OF SERVICE**

I
of**
certify:

      That I am, and at all times hereinafter mentioned was more than 18 years of age;
      That on the                                day of                                              ,20
I served a copy of the within summons, together with the petition filed in this case, on

the debtor in this case, by *[describe here the mode of service]*

the said debtor at

I certify under penalty of perjury that the forgoing is true and correct.

Executed on _____          _____
                  *[Date]*                                                       *[Signature]*

_____
**State the mailing address.