Case No. 07-31110 _____

## CERTIFICATE OF SERVICE

I Laura Toledo
of** Blackwell Sanders Peper Martin
certify:

That I am, and at all times hereinafter mentioned was more than 18 years of age;
That on the 5th day of June ,20 07
I served a copy of the within summons, together with the petition filed in this case, on

Midwest Racking Manufacturing, Inc.

the debtor in this case, by *[describe here the mode of service]*
First class mail, postage prepaid and certified mail, return receipt requested

the said debtor at

15009 Manchester Road, #179          915 Fairway Park Drive
Ballwin, MO 63011-4626               Madison, IL 62060

I certify under penalty of perjury that the forgoing is true and correct.

Executed on ___6/5/07___          _Laura Toledo_
             *[Date]*                  *[Signature]*

720 Olive Street, Suite 2400, St. Louis, MO 63101
_____
**State the mailing address.

Case No. _07-31110_____

## CERTIFICATE OF SERVICE

I     Laura Toledo

of**   Blackwell Sanders Peper Martin

certify:

That I am, and at all times hereinafter mentioned was more than 18 years of age;

That on the     5th          day of   June          ,20 07

I served a copy of the within summons, together with the petition filed in this case, on

Bradford Hunt

attorney for the debtor in this case, by *[describe here the mode of service]*

First class mail, postage prepaid and certified mail, return receipt requested

the said debtor at
602 East Broadway
Elfgen Building
Alton, IL 62002

I certify under penalty of perjury that the forgoing is true and correct.

Executed on ___6/5/07_____          _____

[Date]                                    [Signature]

720 Olive Street, Suite 2400, St. Louis, MO 63101

**State the mailing address.