# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: | In Proceedings Under Chapter 7 |
| Midwest Racking Manufacturing Inc | BK 07−31110 |
| Debtor(s) | |
| SSN/FIN:  37−1371598 | |

# ORDER FOR RELIEF IN AN INVOLUNTARY CASE

    On consideration of the petition filed on June 1, 2007 against the above−named debtor, an order for relief under chapter 7 of the Bankruptcy Code (title 11 of the United States Code) is granted.

ENTERED: June 29, 2007                                              /s/ Kenneth J. Meyers
                                                                                    UNITED STATES BANKRUPTCY JUDGE