# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

IN RE:

MIDWEST RACKING MANUFACTURING, INC.,

In Proceedings
Under Chapter 7

Debtor.                                       Case No. 07-31110

### ORDER

On June 29, 2007, the order for relief was entered against debtor Midwest Racking Manufacturing, Inc., in the above captioned involuntary case. As such and pursuant to Bankruptcy Rule 1007 [Interim 2006], the debtor shall file the required list as stated in subdivision (a)(2), and the required schedules, statements and other documents as listed in subdivision (b)(1) within fifteen days of the order for relief date of June 29, 2007.

ENTERED: July 3, 2007

                                              /s/ Kenneth J. Meyers
                                    UNITED STATES BANKRUPTCY JUDGE-4