UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| In re: ) | |
| ) | |
| MIDWEST RACKING MANUFACTURING, ) | Case Number 07-31110 |
| INC. ) | Chapter 7 |
| ) | |
| Debtor. ) | |

**NOTICE OF RESIGNATION AND**

**APPOINTMENT OF SUCCESSOR INTERIM TRUSTEE**

ROBERT EGGMANN has resigned as Chapter 7 trustee in this case due to a potential conflict of interest. The United States Trustee has accepted the resignation. Pursuant to 11 U.S.C. § 701, DON SAMSON is appointed Interim Trustee. The Chapter 7 trustee will be deemed to have accepted this appointment unless it is rejected within five days of receipt of this notice. Bankruptcy Rule 2008.

The trustee's required bond is included in the United States Trustee's Region X aggregate bond in the amount of $65,678,517. The trustee shall notify the United States Trustee immediately in the event liquid assets exceed $1,000,000.

Creditors may elect another trustee at the First Meeting of Creditors. 11 U.S.C. § 702. The Interim Trustee appointed herein shall serve as trustee unless another trustee is elected.

Date: JULY 3, 2007

                                                NANCY J. GARGULA
                                                United States Trustee

                                                By: /S/ Sally McQuellon
                                                Legal Clerk

UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
401 MAIN STREET SUITE 1100
PEORIA, ILLINOIS 61602