UNITES STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| MIDWEST RACKING | ) | |
| MANUFACTURING, INC., | ) | Case No. 07-31110 |
| | ) | |
| Debtor. | ) | Chapter 7 |
| | ) | |
| | ) | |

## RULE 2004 MOTION OF CREDITOR MECALUX USA FOR EXAMINATION AND PRODUCTION OF DOCUMENTS DIRECTED TO MICHAEL SABADOS, SR.

COMES NOW Mecalux USA, Inc. ("Mecalux"), petitioning creditor herein, by and through counsel, and in support of its Motion for Examination and Production of Documents Directed to Michael Sabados, Sr., states as follows:

1. Mecalux files this request for an examination pursuant to Federal Rule of Bankruptcy Procedure 2004 ("Rule 2004") and L.B.R. 2004-1.

2. Upon Mecalux's information and belief, Michael Sabados Sr. is the secretary of Debtor Midwest Racking Manufacturing, Inc., as well as of the Debtor's affiliated entities.

3. Mecalux requests entry of an order by this Court compelling Michael Sabados, Sr. to appear for examination and to produce documents requested in the Notice of Rule 2004 Examination filed herewith.

4. Mecalux wishes to conduct a Rule 2004 examination on January 4, 2008 at 1:00 p.m. in the offices of Blackwell Sanders, LLP, 720 Olive Street, Suite 2400, St. Louis, MO 63101.

5. Mecalux has requested agreement as to the examination date and time from counsel for Michael Sabados, Sr., but to date Mecalux has not received confirmation as to the examination date or another suitable examination date.

STLD01-1380136-1

WHEREFORE, Mecalux respectfully requests that this Court enter its order:

(i) Compelling Michael Sabados, Sr. to appear for examination on January 4, 2008 at 1:00 p.m. at the offices of Blackwell Sanders LLP;

(ii) Compelling Michael Sabados, Sr. to produce the documents requested in the Notice of Rule 2004 Examination concurrent with his attendance at the examination; and

(iii) Granting such other and further relief as is just and proper under the circumstances of this case.

Dated: December 26, 2007
St. Louis, Missouri

                BLACKWELL SANDERS LLP

                By: /s/ Laura Toledo
                    David Warfield
                    Laura Toledo
                    720 Olive St., Suite 2400
                    St. Louis, MO 63101
                    Tel: (314) 345-6000 / Fax: (314) 345-6060
                    ltoledo@blackwellsanders.com
                    dwarfield@blackwellsanders.com

                *Attorneys for Petitioning Creditor Mecalux USA*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the foregoing instrument was forwarded this 26th day of December, 2007, by electronic means to all the parties on the Court's ECF notice list and was delivered by first class mail, postage pre-paid, to:

Norman Pressman
Goldstein & Pressman
121 Hunter Avenue, Suite 101
St. Louis, Missouri 63124

                /s/ Laura Toledo