**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF ILLINOIS**

In re: MIDWEST RACKING MANUFACTURING INC.   § Case No. 07-31110
§
§
Debtor(s)   §

# TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on June 01, 2007. The undersigned trustee was appointed on July 03, 2007.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of      $          101,740.10

| Funds were disbursed in the following amounts: | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 46,934.47 |
| Bank service fees | 1,554.97 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of [1]    $ | 53,250.66 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 10/20/2008 and the deadline for filing governmental claims was 10/20/2008. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $8,337.01. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $8,337.01, for a total compensation of $8,337.01.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $111.24, for total expenses of $111.24.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 09/05/2013        By: /s/DONALD M. SAMSON, TRUSTEE
                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 07-31110  
**Case Name:** MIDWEST RACKING MANUFACTURING INC.

**Period Ending:** 09/05/13

**Trustee:** (330160) DONALD M. SAMSON, TRUSTEE  
**Filed (f) or Converted (c):** 06/01/07 (f)  
**§341(a) Meeting Date:** 01/18/08  
**Claims Bar Date:** 10/20/08

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) | | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| Ref. # | | | | | | |
| 1 | VARIOUS WOOD & METAL SHELVING COMPONENTS | 30,000.00 | 5,000.00 | | 0.00 | FA |
| 2 | PREFERENTIAL TRANSFERS (u) SAME AS PROP. 3 | 0.00 | 50,000.00 | | 0.00 | FA |
| 3 | FRAUDULENT TRANSFERS (u) | 0.00 | 100,000.00 | | 100,000.00 | FA |
| 4 | POST PETITION TRANSFERS (u) SAME AS PROP. 3 | 0.00 | 100,000.00 | | 0.00 | FA |
| 5 | PREPETITION ACCT. RECEIVABLE (u) | 0.00 | 1,739.00 | | 1,739.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 1.10 | Unknown |
| **6** | **Assets Totals** (Excluding unknown values) | **$30,000.00** | **$256,739.00** | | **$101,740.10** | **$0.00** |

**Major Activities Affecting Case Closing:**

6/08: ADVERSARY FILED AGAINST CURRENT OPERATING CORPORATION FOR TURNOVER OF ASSETS.

9/08: ADVERSARY SET FOR TRIAL IN 12/2008; SITE VISIT SCHEDULED FOR 9/2008.

6/09: ADVERSARY SETTLED WITH ASSETS OF NEW CORPORATION FOUND TO BE ASSETS OF DEBTOR CORPORATION. 4 NEW ADVERSARIES FILED FOR PREFERENTIAL TRANSFERS, AVOID SECURITY INTEREST CLAIMED BY FATHER AND MOTHER OF OWNER OF DEBTOR, FRAUDULENT TRANSFERS AND POST PETITION TRANSFERS.

1/10: SPECIAL COUNSEL MARY LOPINOT EMPLOYED TO LITIGATE 4 ADVERSARIES.

6/10: ADVERSARIES SET FOR TRIAL ON NOVEMBER 2010 TRIAL DOCKET.

6/11: ADVERSARIES SETTLED AND STIPULATION APPROVED. SETTLEMETN FOR $100,000 WITH $30,000 DOWN AND BALANCE IN 8 QUARTERLY PAYMENTS SECURED BY 2ND MORTGAGE ON COMMERCIAL REAL ESTATE.

9/11: INITIAL $30,000.00 PAYMENT MADE; NEGOTIATIONS PENDING FOR DISCOUNTED LUMP SUM PAYMENT OF BALANCE.

6/12: #5 - SETTLEMENT OF PREPETITION GARNISHMENT FUNDS APPROVED PURSUANT TO NOTICE.
      #3 - DEFENDANT BEHIND ON PAYMENTS AND SHOW CAUSE TO BE FILED AFTER FAILURE OF DEFENDANTS TO PAY AMOUNT AFTER LETTER TO DEFENDANTS' ATTORNEY.

6/13: TAX RETURNS FILED LATE DUE TO DIFFICULTY OBTAINING RECORDS FOR PREPARING RETURNS AND TRUSTEE RECEIVED A NOTICE OF PENALTY ASSESSMENT. TRUSTEE HAS REQUESTED LATE FILING PENALTIES BE WAIVED. BALANCE OF SETTLEMENT RECEIVED AND OBJECTIONS

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 07-31110  
**Case Name:** MIDWEST RACKING MANUFACTURING INC.

**Trustee:** (330160) DONALD M. SAMSON, TRUSTEE  
**Filed (f) or Converted (c):** 06/01/07 (f)  
**§341(a) Meeting Date:** 01/18/08

**Period Ending:** 09/05/13

**Claims Bar Date:** 10/20/08

| 1<br>**Asset Description**<br>**(Scheduled And Unscheduled (u) Property)**<br><br>**Ref. #** | 2<br>**Petition/**<br>**Unscheduled**<br>**Values** | 3<br>**Estimated Net Value**<br>**(Value Determined By Trustee,**<br>**Less Liens, Exemptions,**<br>**and Other Costs)** | 4<br>**Property**<br>**Abandoned**<br>**OA=§554(a)** | 5<br>**Sale/Funds**<br>**Received by**<br>**the Estate** | 6<br>**Asset Fully**<br>**Administered (FA)/**<br>**Gross Value of**<br>**Remaining Assets** |
|---|---|---|---|---|---|

TO CLAIMS FILED.  READY FOR FINAL REPORT AFTER CLAIMS OBJECTIONS RESOLVED.

**Initial Projected Date Of Final Report (TFR):**     December 31, 2009          **Current Projected Date Of Final Report (TFR):**     August 31, 2013

Exhibit B

# Form 2
## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 07-31110 | Trustee: | DONALD M. SAMSON, TRUSTEE (330160) |
|---|---|---|---|
| Case Name: | MIDWEST RACKING MANUFACTURING INC. | Bank Name: | The Bank of New York Mellon |
| | | Account: | 9200-67445986-65 - Checking Account |
| Taxpayer ID #: | 37-1371598 | Blanket Bond: | $114,123,713.00 (per case limit) |
| Period Ending: | 09/05/13 | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 08/18/11 | {3} | MICHAEL SABADOS SR. & ANNA SABADOS | PAYMENT ON SETTLEMENT OF ADVERSARY PROCEEDINGS | 1241-000 | 30,000.00 | | 30,000.00 |
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.10 | | 30,000.10 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 29,975.10 |
| 09/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.24 | | 29,975.34 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 61.59 | 29,913.75 |
| 10/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.25 | | 29,914.00 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 59.42 | 29,854.58 |
| 11/14/11 | 1001 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 11/14/2011 FOR CASE #07-31110, PRO-RATED BLANKET BOND PAYMENT | 2300-000 | | 23.73 | 29,830.85 |
| 11/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.24 | | 29,831.09 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 65.43 | 29,765.66 |
| 12/22/11 | | To Account #92006744598666 | TRANSFER TO CHECKING ACCT. | 9999-000 | | 20,000.00 | 9,765.66 |
| 12/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.19 | | 9,765.85 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 50.20 | 9,715.65 |
| 01/31/12 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.08 | | 9,715.73 |
| 01/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 9,690.73 |
| 02/07/12 | {3} | MICHAEL & ANNA SABATOS | PAYMENT ON SETTLEMENT OF ADVERSARY PROCEEDINGS | 1241-000 | 18,000.00 | | 27,690.73 |
| 02/16/12 | {3} | MICHAEL & ANNA SABATOS | PAYMENT ON SETTLEMENT OF ADVERSARY PROCEEDINGS | 1241-000 | 1,500.00 | | 29,190.73 |
| 02/21/12 | 1002 | RECORDER OF DEEDS | RECORD MORTGAGE AGREEMENT AND ASSIGNMENT OF RENTS PURSUANT TO SETTLEMENT | 2990-000 | | 39.00 | 29,151.73 |
| 02/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 46.23 | 29,105.50 |
| 03/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 59.64 | 29,045.86 |
| 04/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 57.53 | 28,988.33 |
| 05/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 65.34 | 28,922.99 |
| 06/26/12 | {5} | USA-MAG LLC | SETTLEMENT OF PREFERENTIAL TRANSFER | 1229-000 | 1,739.00 | | 30,661.99 |
| 06/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 57.52 | 30,604.47 |
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 66.89 | 30,537.58 |
| 08/14/12 | {3} | MICHAEL & ANNA SABATOS | PAYMENT ON SETTLEMENT OF ADVERSARY PROCEEDINGS | 1241-000 | 16,500.00 | | 47,037.58 |
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 82.69 | 46,954.89 |
| 09/28/12 | {3} | MICHAEL & ANNA SABATOS | PAYMENT ON SETTLEMENT OF | 1241-000 | 7,500.00 | | 54,454.89 |

Subtotals : $75,240.10 $20,785.21

{} Asset reference(s)     Printed: 09/05/2013 03:37 PM    V.13.13

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 07-31110  
**Case Name:** MIDWEST RACKING MANUFACTURING INC.  
**Taxpayer ID #:** 37-1371598  
**Period Ending:** 09/05/13

**Trustee:** DONALD M. SAMSON, TRUSTEE (330160)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-67445986-65 - Checking Account  
**Blanket Bond:** $114,123,713.00  (per case limit)  
**Separate Bond:** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| | | | ADVERSARY PROCEEDINGS | | | | |
| 09/28/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 89.80 | 54,365.09 |
| 10/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 121.00 | 54,244.09 |
| 11/05/12 | 1003 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 11/05/2012 FOR CASE #07-31110, BOND NO. 016028270 | 2300-000 | | 56.86 | 54,187.23 |
| 11/19/12 | 1004 | HUSCH BLACKWELL SANDERS LLP | PAYMENT OF BALANCE DUE ON ADMINISTRATIVE FEES AND EXPENSES PURSUANT TO ORDER ENTERED 5/22/09 | 2990-000 | | 13,101.88 | 41,085.35 |
| 11/19/12 | 1005 | MATHIS MARIFIAN & RICHTER LTD. | BALANCE DUE ON ON ATTORNEY FEES & EXPENSES PURSUANT TO ORDER ENTERED 12/14/11 | 3210-600 | | 12,580.20 | 28,505.15 |
| 11/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 107.61 | 28,397.54 |
| 12/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 56.25 | 28,341.29 |
| 01/03/13 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001033016088 20130103 | 9999-000 | | 28,341.29 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 75,240.10 | 75,240.10 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 48,341.29 | |
| | | | **Subtotal** | | 75,240.10 | 26,898.81 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$75,240.10** | **$26,898.81** | |

{} Asset reference(s)

Exhibit B

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

**Case Number:** 07-31110
**Case Name:** MIDWEST RACKING MANUFACTURING INC.

**Taxpayer ID #:** 37-1371598
**Period Ending:** 09/05/13

**Trustee:** DONALD M. SAMSON, TRUSTEE (330160)
**Bank Name:** The Bank of New York Mellon
**Account:** 9200-67445986-66 - Checking Account
**Blanket Bond:** $114,123,713.00   (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 12/22/11 | | From Account #92006744598665 | TRANSFER TO CHECKING ACCT. | 9999-000 | 20,000.00 | | 20,000.00 |
| 12/22/11 | 101 | MATHIS, MARIFIAN & RICHTER LTD. | PARTIAL PAYMENT ON ATTORNEY FEES & EXPENSES PURSUANT TO ORDER ENTERED 12/14/11 | | | 9,796.88 | 10,203.12 |
| | | | PARTIAL PAYMENT ON ATTORNEY FEES GRANTED IN ORDER ENTERED 12/14/11    8,341.30 | 3210-600 | | | 10,203.12 |
| | | | PAYMENT OF ATTORNEY EXPENSES GRANTED IN ORDER ENTERED 12/14/11    1,455.58 | 3220-610 | | | 10,203.12 |
| 12/22/11 | 102 | HUSCH BLACKWELL SANDERS LLP | PARTIAL PAYMENT ON ADMINISTRATIVE FEES AND EXPENSES PURSUANT TO ORDER ENTERED 5/22/09 | 2990-000 | | 10,203.12 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 20,000.00 | 20,000.00 | $0.00 |
| | | | Less: Bank Transfers | | 20,000.00 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 20,000.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$20,000.00** | |

{} Asset reference(s)

Printed: 09/05/2013 03:37 PM    V.13.13

Exhibit B

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

**Case Number:** 07-31110  
**Case Name:** MIDWEST RACKING MANUFACTURING INC.  
**Taxpayer ID #:** 37-1371598  
**Period Ending:** 09/05/13

**Trustee:** DONALD M. SAMSON, TRUSTEE (330160)  
**Bank Name:** Rabobank, N.A.  
**Account:** 5002624865 - Checking Account  
**Blanket Bond:** $114,123,713.00 (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 01/04/13 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 28,341.29 | | 28,341.29 |
| 01/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 43.47 | 28,297.82 |
| 02/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 37.98 | 28,259.84 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 39.29 | 28,220.55 |
| 04/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 43.29 | 28,177.26 |
| 05/17/13 | {3} | MICHAEL & ANNA SABATOS | PAYMENT ON SETTLEMENT OF ADVERSARY PROCEEDINGS | 1241-000 | 26,500.00 | | 54,677.26 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 55.85 | 54,621.41 |
| 06/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 73.32 | 54,548.09 |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 86.30 | 54,461.79 |
| 08/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 78.33 | 54,383.46 |
| 09/05/13 | 11006 | MATHIS, MARIFIAN & RICHTER, LTD. | PAYMENT OF ATTORNEY FEES & EXPENSES PURSUANT TO ORDER ENTERED 9/5/13 | | | 1,132.80 | 53,250.66 |
| | | | PAYMENT OF     1,084.50 ATTORNEY FEES PURSUANT TO ORDER ENTERED 9/5/13 | 3210-600 | | | 53,250.66 |
| | | | PAYMENT OF       48.30 ATTORNEY EXPENSES PURSUANT TO ORDER ENTERED 9/5/13 | 3220-610 | | | 53,250.66 |

|  |  |  |
|---|---:|---:|
| ACCOUNT TOTALS | 54,841.29 | 1,590.63 |
| Less: Bank Transfers | 28,341.29 | 0.00 |
| **Subtotal** | 26,500.00 | 1,590.63 |
| Less: Payments to Debtors | | 0.00 |
| **NET Receipts / Disbursements** | **$26,500.00** | **$1,590.63** |

Account Totals Checking Account Balance: **$53,250.66**

{} Asset reference(s)      Printed: 09/05/2013 03:37 PM     V.13.13

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 5

**Case Number:** 07-31110
**Case Name:** MIDWEST RACKING MANUFACTURING INC.
**Taxpayer ID #:** 37-1371598
**Period Ending:** 09/05/13

**Trustee:** DONALD M. SAMSON, TRUSTEE (330160)
**Bank Name:** Rabobank, N.A.
**Account:** 5002624866 - Checking Account
**Blanket Bond:** $114,123,713.00 (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | ACCOUNT TOTALS | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # 9200-67445986-65** | 75,240.10 | 26,898.81 | 0.00 |
| **Checking # 9200-67445986-66** | 0.00 | 20,000.00 | 0.00 |
| **Checking # 5002624865** | 26,500.00 | 1,590.63 | 53,250.66 |
| **Checking # 5002624866** | 0.00 | 0.00 | 0.00 |
| | $101,740.10 | $48,489.44 | $53,250.66 |

{} Asset reference(s)

Printed: 09/05/2013 03:37 PM V.13.13

**TRUSTEE'S PROPOSED DISTRIBUTION**

Exhibit D

Case No.: 07-31110
Case Name: MIDWEST RACKING MANUFACTURING INC.
Trustee Name: DONALD M. SAMSON, TRUSTEE

**Balance on hand:**   $   53,250.66

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 7 | John W. Hanes Co | 29,750.00 | 0.00 | 0.00 | 0.00 |
| 7 -2 | John W. Hanes Co | 29,750.00 | 0.00 | 0.00 | 0.00 |
| 10S | Illinois Department of Employment Security | 39,624.98 | 0.00 | 0.00 | 0.00 |
| 11S | Illinois Department of Employment Security | 6,096.06 | 0.00 | 0.00 | 0.00 |

Total to be paid to secured creditors:   $   0.00
Remaining balance:   $   53,250.66

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - DONALD M. SAMSON, TRUSTEE | 8,337.01 | 0.00 | 8,337.01 |
| Trustee, Expenses - DONALD M. SAMSON, TRUSTEE | 111.24 | 0.00 | 111.24 |
| Attorney for Trustee, Fees - DONALD M. SAMSON, ATTORNEY | 4,772.50 | 0.00 | 4,772.50 |
| Attorney for Trustee, Expenses - DONALD M. SAMSON, ATTORNEY | 22.77 | 0.00 | 22.77 |
| Charges, U.S. Bankruptcy Court | 1,250.00 | 0.00 | 1,250.00 |

Total to be paid for chapter 7 administration expenses:   $   14,493.52
Remaining balance:   $   38,757.14

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:   $   0.00
Remaining balance:   $   38,757.14

**UST Form 101-7-TFR (05/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $84,164.98 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 8 | Terry Robinson | 0.00 | 0.00 | 0.00 |
| 9 | ABF Freight Systems Inc. | 0.00 | 0.00 | 0.00 |
| 10P | Illinois Department of Employment Security | 8,924.40 | 0.00 | 4,109.60 |
| 11P | Illinois Department of Employment Security | 0.00 | 0.00 | 0.00 |
| 12P | Illinois Department of Revenue | 0.00 | 0.00 | 0.00 |
| 12P-2 | Illinois Department of Revenue | 52,614.13 | 0.00 | 24,228.29 |
| 13 | Illinois Department of Revenue | 4,951.86 | 0.00 | 2,280.28 |
| 14P | Illinois Department of Revenue | 17,674.59 | 0.00 | 8,138.97 |

Total to be paid for priority claims: $ 38,757.14
Remaining balance: $ 0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 953,523.41 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 1 | US Department of Labor-OSHA | 316,600.00 | 0.00 | 0.00 |
| 2 | Ronald Goodson | 0.00 | 0.00 | 0.00 |
| 3 | Jenmar Corporation | 1,900.00 | 0.00 | 0.00 |
| 4 | Centennial Steel | 18,513.52 | 0.00 | 0.00 |
| 5 | US Department of Labor-OSHA | 7,552.68 | 0.00 | 0.00 |
| 6 | Mecalux USA, Inc. | 352,282.19 | 0.00 | 0.00 |
| 7 -3 | JOHN W. HANES COMPANY, INC. | 0.00 | 0.00 | 0.00 |
| 7 -4 | JOHN W. HANES COMPANY, INC. | 27,694.59 | 0.00 | 0.00 |
| 15 | USA-MAG, LLC c/o | 228,980.43 | 0.00 | 0.00 |

Total to be paid for timely general unsecured claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**

Tardily filed claims of general (unsecured) creditors totaling $ 8,308.39 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 8U | Terry Robinson | 8,308.39 | 0.00 | 0.00 |
| 12U | Illinois Department of Revenue | 0.00 | 0.00 | 0.00 |

Total to be paid for tardy general unsecured claims:   $   0.00
Remaining balance:   $   0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 11,000.87 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 10U | Illinois Department of Employment Security | 170.00 | 0.00 | 0.00 |
| 11U | Illinois Department of Employment Security | 0.00 | 0.00 | 0.00 |
| 12U-2 | Illinois Department of Revenue | 9,083.00 | 0.00 | 0.00 |
| 13U | Illinois Department of Revenue | 1,134.86 | 0.00 | 0.00 |
| 14U | Illinois Department of Revenue | 613.01 | 0.00 | 0.00 |

Total to be paid for subordinated claims:  $   0.00
Remaining balance:   $   0.00

**UST Form 101-7-TFR (05/1/2011)**