**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF ILLINOIS**

In re: MIDWEST RACKING MANUFACTURING INC. § Case No. 07-31110
§
§
Debtor(s) §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

　　DONALD M. SAMSON, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

　　1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

　　2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $30,000.00　　　　　　　　　　　Assets Exempt: $0.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $38,757.14　　　　Claims Discharged
　　　　　　　　　　　　　　　　　　　　　　　　　　Without Payment: $0.00

Total Expenses of Administration: $62,982.96

　　3) Total gross receipts of $ 101,740.10 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $101,740.10 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $105,221.04 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 62,982.96 | 62,982.96 | 62,982.96 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 164,761.36 | 84,164.98 | 38,757.14 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 1,113,285.91 | 1,019,654.39 | 972,832.67 | 0.00 |
| **TOTAL DISBURSEMENTS** | $1,113,285.91 | $1,352,619.75 | $1,119,980.61 | $101,740.10 |

    4) This case was originally filed under Chapter 7 on June 01, 2007. The case was pending for 81 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 03/04/2014    By: /s/DONALD M. SAMSON, TRUSTEE
                                         Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| FRAUDULENT TRANSFERS | 1241-000 | 100,000.00 |
| PREPETITION ACCT. RECEIVABLE | 1229-000 | 1,739.00 |
| Interest Income | 1270-000 | 1.10 |
| **TOTAL GROSS RECEIPTS** | | **$101,740.10** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| None | | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 7 | John W. Hanes Co | 4110-000 | N/A | 29,750.00 | 0.00 | 0.00 |
| 7 -2 | John W. Hanes Co | 4120-000 | N/A | 29,750.00 | 0.00 | 0.00 |
| 10S | Illinois Department of Employment Security | 4110-000 | N/A | 39,624.98 | 0.00 | 0.00 |
| 11S | Illinois Department of Employment Security | 4110-000 | N/A | 6,096.06 | 0.00 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$105,221.04** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DONALD M. SAMSON, TRUSTEE | 2100-000 | N/A | 8,337.01 | 8,337.01 | 8,337.01 |
| DONALD M. SAMSON, TRUSTEE | 2200-000 | N/A | 111.24 | 111.24 | 111.24 |
| CLERK OF BANKRUPTCY | 2700-000 | N/A | 1,250.00 | 1,250.00 | 1,250.00 |
| DONALD M. SAMSON, ATTORNEY | 3110-000 | N/A | 4,772.50 | 4,772.50 | 4,772.50 |
| DONALD M. SAMSON, ATTORNEY | 3120-000 | N/A | 22.77 | 22.77 | 22.77 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 61.59 | 61.59 | 61.59 |
| The Bank of New York Mellon | 2600-000 | N/A | 59.42 | 59.42 | 59.42 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 23.73 | 23.73 | 23.73 |
| The Bank of New York Mellon | 2600-000 | N/A | 65.43 | 65.43 | 65.43 |
| MATHIS, MARIFIAN & RICHTER LTD. | 3210-600 | N/A | 8,341.30 | 8,341.30 | 8,341.30 |
| MATHIS, MARIFIAN & RICHTER LTD. | 3220-610 | N/A | 1,455.58 | 1,455.58 | 1,455.58 |
| HUSCH BLACKWELL SANDERS LLP | 2990-000 | N/A | 10,203.12 | 10,203.12 | 10,203.12 |
| The Bank of New York Mellon | 2600-000 | N/A | 50.20 | 50.20 | 50.20 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| RECORDER OF DEEDS | 2990-000 | N/A | 39.00 | 39.00 | 39.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 46.23 | 46.23 | 46.23 |
| The Bank of New York Mellon | 2600-000 | N/A | 59.64 | 59.64 | 59.64 |
| The Bank of New York Mellon | 2600-000 | N/A | 57.53 | 57.53 | 57.53 |
| The Bank of New York Mellon | 2600-000 | N/A | 65.34 | 65.34 | 65.34 |
| The Bank of New York Mellon | 2600-000 | N/A | 57.52 | 57.52 | 57.52 |
| The Bank of New York Mellon | 2600-000 | N/A | 66.89 | 66.89 | 66.89 |
| The Bank of New York Mellon | 2600-000 | N/A | 82.69 | 82.69 | 82.69 |
| The Bank of New York Mellon | 2600-000 | N/A | 89.80 | 89.80 | 89.80 |
| The Bank of New York Mellon | 2600-000 | N/A | 121.00 | 121.00 | 121.00 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 56.86 | 56.86 | 56.86 |
| HUSCH BLACKWELL SANDERS LLP | 2990-000 | N/A | 13,101.88 | 13,101.88 | 13,101.88 |
| MATHIS MARIFIAN & RICHTER LTD. | 3210-600 | N/A | 12,580.20 | 12,580.20 | 12,580.20 |
| The Bank of New York Mellon | 2600-000 | N/A | 107.61 | 107.61 | 107.61 |
| The Bank of New York Mellon | 2600-000 | N/A | 56.25 | 56.25 | 56.25 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | Claims Scheduled | Claims Asserted | Claims Allowed | Claims Paid |
|---|---|---|---|---|---|
| Rabobank, N.A. | 2600-000 | N/A | 43.47 | 43.47 | 43.47 |
| Rabobank, N.A. | 2600-000 | N/A | 37.98 | 37.98 | 37.98 |
| Rabobank, N.A. | 2600-000 | N/A | 39.29 | 39.29 | 39.29 |
| Rabobank, N.A. | 2600-000 | N/A | 43.29 | 43.29 | 43.29 |
| Rabobank, N.A. | 2600-000 | N/A | 55.85 | 55.85 | 55.85 |
| Rabobank, N.A. | 2600-000 | N/A | 73.32 | 73.32 | 73.32 |
| Rabobank, N.A. | 2600-000 | N/A | 86.30 | 86.30 | 86.30 |
| Rabobank, N.A. | 2600-000 | N/A | 78.33 | 78.33 | 78.33 |
| MATHIS, MARIFIAN & RICHTER, LTD. | 3210-600 | N/A | 1,084.50 | 1,084.50 | 1,084.50 |
| MATHIS, MARIFIAN & RICHTER, LTD. | 3220-610 | N/A | 48.30 | 48.30 | 48.30 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $62,982.96 | $62,982.96 | $62,982.96 |

### EXHIBIT 5 — PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

### EXHIBIT 6 — PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 8 | Terry Robinson | 5800-000 | N/A | 8,308.39 | 0.00 | 0.00 |
| 9 | ABF Freight Systems Inc. | 5800-000 | N/A | 2,348.19 | 0.00 | 0.00 |
| 10P | Illinois Department of Employment Security | 5800-000 | N/A | 16,651.26 | 8,924.40 | 4,109.60 |
| 11P | Illinois Department of Employment Security | 5800-000 | N/A | 8,463.95 | 0.00 | 0.00 |
| 12P | Illinois Department of Revenue | 5800-000 | N/A | 52,614.13 | 0.00 | 0.00 |
| 12P-2 | Illinois Department of Revenue | 5800-000 | N/A | 52,614.13 | 52,614.13 | 24,228.29 |
| 13 | Illinois Department of Revenue | 5800-000 | N/A | 6,086.72 | 4,951.86 | 2,280.28 |
| 14P | Illinois Department of Revenue | 5800-000 | N/A | 17,674.59 | 17,674.59 | 8,138.97 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $164,761.36 | $84,164.98 | $38,757.14 |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 7 –GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | US Department of Labor-OSHA | 7100-000 | 418,200.00 | 316,600.00 | 316,600.00 | 0.00 |
| 2 | Ronald Goodson | 7100-000 | N/A | 7,880.00 | 0.00 | 0.00 |
| 3 | Jenmar Corporation | 7100-000 | 4,527.86 | 1,900.00 | 1,900.00 | 0.00 |
| 4 | Centennial Steel | 7100-000 | 12,650.73 | 18,513.52 | 18,513.52 | 0.00 |
| 5 | US Department of Labor-OSHA | 7100-000 | N/A | 7,552.68 | 7,552.68 | 0.00 |
| 6 | Mecalux USA, Inc. | 7100-000 | 302,277.06 | 352,282.19 | 352,282.19 | 0.00 |
| 7 -3 | JOHN W. HANES COMPANY, INC. | 7100-000 | N/A | 27,694.59 | 0.00 | 0.00 |
| 7 -4 | JOHN W. HANES COMPANY, INC. | 7100-000 | N/A | 27,694.59 | 27,694.59 | 0.00 |
| 8U | Terry Robinson | 7200-000 | N/A | 8,308.39 | 8,308.39 | 0.00 |
| 10U | Illinois Department of Employment Security | 7300-000 | N/A | 1,320.00 | 170.00 | 0.00 |
| 11U | Illinois Department of Employment Security | 7300-000 | N/A | 409.99 | 0.00 | 0.00 |
| 12U | Illinois Department of Revenue | 7200-000 | N/A | 9,083.00 | 0.00 | 0.00 |
| 12U-2 | Illinois Department of Revenue | 7300-000 | N/A | 9,083.00 | 9,083.00 | 0.00 |
| 13U | Illinois Department of Revenue | 7300-000 | N/A | N/A | 1,134.86 | 0.00 |
| 14U | Illinois Department of Revenue | 7300-000 | N/A | 613.01 | 613.01 | 0.00 |
| 15 | USA-MAG, LLC c/o | 7100-000 | 230,719.43 | 230,719.43 | 228,980.43 | 0.00 |
| NOTFILED | Travelers Insurance | 7100-000 | 25,121.92 | N/A | N/A | 0.00 |
| NOTFILED | Primary Steel | 7100-000 | 12,601.25 | N/A | N/A | 0.00 |
| NOTFILED | Suburban Steel | 7100-000 | 12,500.00 | N/A | N/A | 0.00 |
| NOTFILED | USF Holland | 7100-000 | 505.61 | N/A | N/A | 0.00 |
| NOTFILED | Wright Publishing c/o Taliana, Buckley, Ass & Ream | 7100-000 | 56,219.20 | N/A | N/A | 0.00 |
| NOTFILED | Weldwire company | 7100-000 | 3,600.00 | N/A | N/A | 0.00 |
| NOTFILED | McNicholas Company | 7100-000 | 9,561.20 | N/A | N/A | 0.00 |
| NOTFILED | Edsal Mfg company | 7100-000 | 3,211.30 | N/A | N/A | 0.00 |
| NOTFILED | John W. Hanes Co | 7100-000 | 10,010.43 | N/A | N/A | 0.00 |
| NOTFILED | Horiozn Hobby, Inc. c/o David C. Stelgmann, Esq. | 7100-000 | 9,024.25 | N/A | N/A | 0.00 |
| NOTFILED | Cargotainer | 7100-000 | 2,555.67 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **$1,113,285.91** | **$1,019,654.39** | **$972,832.67** | **$0.00** |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 07-31110  **Trustee:** (330160) DONALD M. SAMSON, TRUSTEE
**Case Name:** MIDWEST RACKING MANUFACTURING INC.  **Filed (f) or Converted (c):** 06/01/07 (f)
**§341(a) Meeting Date:** 01/18/08
**Period Ending:** 03/04/14  **Claims Bar Date:** 10/20/08

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | VARIOUS WOOD & METAL SHELVING COMPONENTS | 30,000.00 | 5,000.00 | | 0.00 | FA |
| 2 | PREFERENTIAL TRANSFERS (u)  SAME AS PROP. 3 | 0.00 | 50,000.00 | | 0.00 | FA |
| 3 | FRAUDULENT TRANSFERS (u) | 0.00 | 100,000.00 | | 100,000.00 | FA |
| 4 | POST PETITION TRANSFERS (u)  SAME AS PROP. 3 | 0.00 | 100,000.00 | | 0.00 | FA |
| 5 | PREPETITION ACCT. RECEIVABLE (u) | 0.00 | 1,739.00 | | 1,739.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 1.10 | FA |
| 6 | Assets Totals (Excluding unknown values) | **$30,000.00** | **$256,739.00** | | **$101,740.10** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**   December 31, 2009      **Current Projected Date Of Final Report (TFR):**   September 5, 2013  (Actual)

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 07-31110 | Trustee: | DONALD M. SAMSON, TRUSTEE (330160) |
|---|---|---|---|
| Case Name: | MIDWEST RACKING MANUFACTURING INC. | Bank Name: | The Bank of New York Mellon |
| | | Account: | ****-******86-65 - Checking Account |
| Taxpayer ID #: | **-***1598 | Blanket Bond: | $69,146,203.00 (per case limit) |
| Period Ending: | 03/04/14 | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 08/18/11 | {3} | MICHAEL SABADOS SR. & ANNA SABADOS | PAYMENT ON SETTLEMENT OF ADVERSARY PROCEEDINGS | 1241-000 | 30,000.00 | | 30,000.00 |
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.10 | | 30,000.10 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 29,975.10 |
| 09/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.24 | | 29,975.34 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 61.59 | 29,913.75 |
| 10/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.25 | | 29,914.00 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 59.42 | 29,854.58 |
| 11/14/11 | 1001 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 11/14/2011 FOR CASE #07-31110, PRO-RATED BLANKET BOND PAYMENT | 2300-000 | | 23.73 | 29,830.85 |
| 11/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.24 | | 29,831.09 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 65.43 | 29,765.66 |
| 12/22/11 | | To Account #**********8666 | TRANSFER TO CHECKING ACCT. | 9999-000 | | 20,000.00 | 9,765.66 |
| 12/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.19 | | 9,765.85 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 50.20 | 9,715.65 |
| 01/31/12 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.08 | | 9,715.73 |
| 01/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 9,690.73 |
| 02/07/12 | {3} | MICHAEL & ANNA SABATOS | PAYMENT ON SETTLEMENT OF ADVERSARY PROCEEDINGS | 1241-000 | 18,000.00 | | 27,690.73 |
| 02/16/12 | {3} | MICHAEL & ANNA SABATOS | PAYMENT ON SETTLEMENT OF ADVERSARY PROCEEDINGS | 1241-000 | 1,500.00 | | 29,190.73 |
| 02/21/12 | 1002 | RECORDER OF DEEDS | RECORD MORTGAGE AGREEMENT AND ASSIGNMENT OF RENTS PURSUANT TO SETTLEMENT | 2990-000 | | 39.00 | 29,151.73 |
| 02/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 46.23 | 29,105.50 |
| 03/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 59.64 | 29,045.86 |
| 04/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 57.53 | 28,988.33 |
| 05/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 65.34 | 28,922.99 |
| 06/26/12 | {5} | USA-MAG LLC | SETTLEMENT OF PREFERENTIAL TRANSFER | 1229-000 | 1,739.00 | | 30,661.99 |
| 06/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 57.52 | 30,604.47 |
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 66.89 | 30,537.58 |
| 08/14/12 | {3} | MICHAEL & ANNA SABATOS | PAYMENT ON SETTLEMENT OF ADVERSARY PROCEEDINGS | 1241-000 | 16,500.00 | | 47,037.58 |
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 82.69 | 46,954.89 |
| 09/28/12 | {3} | MICHAEL & ANNA SABATOS | PAYMENT ON SETTLEMENT OF | 1241-000 | 7,500.00 | | 54,454.89 |

Subtotals : $75,240.10 $20,785.21

{} Asset reference(s)

Printed: 03/04/2014 10:16 AM    V.13.13

Exhibit 9

## Form 2

Page: 2

### Cash Receipts And Disbursements Record

**Case Number:** 07-31110  
**Case Name:** MIDWEST RACKING MANUFACTURING INC.  
**Taxpayer ID #:** **-***1598  
**Period Ending:** 03/04/14

**Trustee:** DONALD M. SAMSON, TRUSTEE (330160)  
**Bank Name:** The Bank of New York Mellon  
**Account:** ****-******86-65 - Checking Account  
**Blanket Bond:** $69,146,203.00   (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | ADVERSARY PROCEEDINGS | | | | |
| 09/28/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 89.80 | 54,365.09 |
| 10/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 121.00 | 54,244.09 |
| 11/05/12 | 1003 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 11/05/2012 FOR CASE #07-31110, BOND NO. 016028270 | 2300-000 | | 56.86 | 54,187.23 |
| 11/19/12 | 1004 | HUSCH BLACKWELL SANDERS LLP | PAYMENT OF BALANCE DUE ON ADMINISTRATIVE FEES AND EXPENSES PURSUANT TO ORDER ENTERED 5/22/09 | 2990-000 | | 13,101.88 | 41,085.35 |
| 11/19/12 | 1005 | MATHIS MARIFIAN & RICHTER LTD. | BALANCE DUE ON ON ATTORNEY FEES & EXPENSES PURSUANT TO ORDER ENTERED 12/14/11 | 3210-600 | | 12,580.20 | 28,505.15 |
| 11/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 107.61 | 28,397.54 |
| 12/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 56.25 | 28,341.29 |
| 01/03/13 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001033016088 20130103 | 9999-000 | | 28,341.29 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 75,240.10 | 75,240.10 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 48,341.29 | |
| | | | **Subtotal** | | 75,240.10 | 26,898.81 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$75,240.10** | **$26,898.81** | |

{} Asset reference(s)                                                                                                           Printed: 03/04/2014 10:16 AM   V.13.13

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

**Case Number:** 07-31110  
**Case Name:** MIDWEST RACKING MANUFACTURING INC.  
**Taxpayer ID #:** **-***1598  
**Period Ending:** 03/04/14

**Trustee:** DONALD M. SAMSON, TRUSTEE (330160)  
**Bank Name:** The Bank of New York Mellon  
**Account:** ****-******86-66 - Checking Account  
**Blanket Bond:** $69,146,203.00  (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/22/11 | | From Account #**********8665 | TRANSFER TO CHECKING ACCT. | 9999-000 | 20,000.00 | | 20,000.00 |
| 12/22/11 | 101 | MATHIS, MARIFIAN & RICHTER LTD. | PARTIAL PAYMENT ON ATTORNEY FEES & EXPENSES PURSUANT TO ORDER ENTERED 12/14/11 | | | 9,796.88 | 10,203.12 |
| | | | PARTIAL PAYMENT ON ATTORNEY FEES GRANTED IN ORDER ENTERED 12/14/11   8,341.30 | 3210-600 | | | 10,203.12 |
| | | | PAYMENT OF ATTORNEY EXPENSES GRANTED IN ORDER ENTERED 12/14/11   1,455.58 | 3220-610 | | | 10,203.12 |
| 12/22/11 | 102 | HUSCH BLACKWELL SANDERS LLP | PARTIAL PAYMENT ON ADMINISTRATIVE FEES AND EXPENSES PURSUANT TO ORDER ENTERED 5/22/09 | 2990-000 | | 10,203.12 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 20,000.00 | 20,000.00 | $0.00 |
| | | | Less: Bank Transfers | | 20,000.00 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 20,000.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$20,000.00** | |

{} Asset reference(s)

Printed: 03/04/2014 10:16 AM   V.13.13

# Form 2

## Cash Receipts And Disbursements Record

Page: 4

**Case Number:** 07-31110  
**Case Name:** MIDWEST RACKING MANUFACTURING INC.  
**Taxpayer ID #:** **-***1598  
**Period Ending:** 03/04/14

**Trustee:** DONALD M. SAMSON, TRUSTEE (330160)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******4865 - Checking Account  
**Blanket Bond:** $69,146,203.00  (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 01/04/13 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 28,341.29 | | 28,341.29 |
| 01/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 43.47 | 28,297.82 |
| 02/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 37.98 | 28,259.84 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 39.29 | 28,220.55 |
| 04/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 43.29 | 28,177.26 |
| 05/17/13 | {3} | MICHAEL & ANNA SABATOS | PAYMENT ON SETTLEMENT OF ADVERSARY PROCEEDINGS | 1241-000 | 26,500.00 | | 54,677.26 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 55.85 | 54,621.41 |
| 06/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 73.32 | 54,548.09 |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 86.30 | 54,461.79 |
| 08/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 78.33 | 54,383.46 |
| 09/05/13 | 11006 | MATHIS, MARIFIAN & RICHTER, LTD. | PAYMENT OF ATTORNEY FEES & EXPENSES PURSUANT TO ORDER ENTERED 9/5/13 | | | 1,132.80 | 53,250.66 |
| | | | PAYMENT OF ATTORNEY FEES PURSUANT TO ORDER ENTERED 9/5/13         1,084.50 | 3210-600 | | | 53,250.66 |
| | | | PAYMENT OF ATTORNEY EXPENSES PURSUANT TO ORDER ENTERED 9/5/13         48.30 | 3220-610 | | | 53,250.66 |
| 11/13/13 | 11007 | DONALD M. SAMSON, ATTORNEY | Dividend paid 100.00% on $4,772.50, Attorney for Trustee Fees (Trustee Firm);  Reference: POSTED IN WRONG CASE Voided on 11/13/13 | 3110-003 | | 4,772.50 | 48,478.16 |
| 11/13/13 | 11007 | DONALD M. SAMSON, ATTORNEY | Dividend paid 100.00% on $4,772.50, Attorney for Trustee Fees (Trustee Firm);  Reference: POSTED IN WRONG CASE Voided: check issued on 11/13/13 | 3110-003 | | -4,772.50 | 53,250.66 |
| 11/13/13 | 11008 | DONALD M. SAMSON, ATTORNEY | Dividend paid 100.00% on $22.77, Attorney for Trustee Expenses (Trustee Firm);  Reference: POSTED IN WRONG CASE Voided on 11/13/13 | 3120-003 | | 22.77 | 53,227.89 |
| 11/13/13 | 11008 | DONALD M. SAMSON, ATTORNEY | Dividend paid 100.00% on $22.77, Attorney for Trustee Expenses (Trustee Firm);  Reference: POSTED IN WRONG CASE Voided: check issued on 11/13/13 | 3120-003 | | -22.77 | 53,250.66 |

Subtotals :     $54,841.29     $1,590.63

{} Asset reference(s)

Printed: 03/04/2014 10:16 AM     V.13.13

# Form 2

## Cash Receipts And Disbursements Record

**Case Number:** 07-31110  
**Case Name:** MIDWEST RACKING MANUFACTURING INC.  
**Taxpayer ID #:** **-***1598  
**Period Ending:** 03/04/14  

**Trustee:** DONALD M. SAMSON, TRUSTEE (330160)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******4865 - Checking Account  
**Blanket Bond:** $69,146,203.00   (per case limit)  
**Separate Bond:** N/A  

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 11/13/13 | 11009 | CLERK OF BANKRUPTCY | Dividend paid 100.00% on $1,250.00, Clerk of the Court Costs (includes adversary and other filing fees); Reference: POSTED IN WRONG CASE  Voided: check issued on 12/02/13 | 2700-003 | | -1,250.00 | 54,500.66 |
| 11/13/13 | 11010 | Illinois Department of Employment Security | Dividend paid 46.04% on $8,924.40; Claim# 10P; Filed: $16,651.26; Reference: POSTED IN WRONG CASE  Voided: check issued on 12/02/13 | 5800-003 | | -4,109.60 | 58,610.26 |
| 11/13/13 | 11011 | Illinois Department of Revenue | Dividend paid 46.04% on $52,614.13; Claim# 12P-2; Filed: $52,614.13; Reference: POSTED IN WRONG CASE  Voided: check issued on 12/02/13 | 5800-003 | | -24,228.29 | 82,838.55 |
| 11/13/13 | 11012 | Illinois Department of Revenue | Dividend paid 46.04% on $4,951.86; Claim# 13; Filed: $6,086.72; Reference: POSTED IN WRONG CASE  Voided: check issued on 12/02/13 | 5800-003 | | -2,280.28 | 85,118.83 |
| 11/13/13 | 11013 | Illinois Department of Revenue | Dividend paid 46.04% on $17,674.59; Claim# 14P; Filed: $17,674.59; Reference: POSTED IN WRONG CASE  Voided: check issued on 12/02/13 | 5800-003 | | -8,138.97 | 93,257.80 |
| 11/13/13 | 11014 | DONALD M. SAMSON, TRUSTEE | COMBINED CHECK FOR TRUSTEE COMPENSATION, EXPENSES AND INTEREST POSTED IN WRONG CASE  Voided on 11/13/13 | 2100-003 | | 8,448.25 | 84,809.55 |
| 11/13/13 | 11014 | DONALD M. SAMSON, TRUSTEE | COMBINED CHECK FOR TRUSTEE COMPENSATION, EXPENSES AND INTEREST POSTED IN WRONG CASE  Voided: check issued on 11/13/13 | 2100-003 | | -8,448.25 | 93,257.80 |
| 12/02/13 | 11009 | CLERK OF BANKRUPTCY | Dividend paid 100.00% on $1,250.00, Clerk of the Court Costs (includes adversary and other filing fees); Reference: POSTED IN WRONG CASE  Voided on 11/13/13 | 2700-003 | | 1,250.00 | 92,007.80 |
| 12/02/13 | 11010 | Illinois Department of Employment Security | Dividend paid 46.04% on $8,924.40; Claim# 10P; Filed: $16,651.26; Reference: POSTED IN WRONG CASE  Voided on 11/13/13 | 5800-003 | | 4,109.60 | 87,898.20 |
| 12/02/13 | 11011 | Illinois Department of Revenue | Dividend paid 46.04% on $52,614.13; Claim# 12P-2; Filed: $52,614.13; Reference: | 5800-003 | | 24,228.29 | 63,669.91 |

Subtotals :   $0.00   $-10,419.25

{} Asset reference(s)  
Printed: 03/04/2014 10:16 AM   V.13.13

# Form 2

## Cash Receipts And Disbursements Record

Page: 6

**Case Number:** 07-31110  
**Case Name:** MIDWEST RACKING MANUFACTURING INC.  
**Taxpayer ID #:** **-***1598  
**Period Ending:** 03/04/14  

**Trustee:** DONALD M. SAMSON, TRUSTEE (330160)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******4865 - Checking Account  
**Blanket Bond:** $69,146,203.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | POSTED IN WRONG CASE<br>Voided on 11/13/13 | | | | |
| 12/02/13 | 11012 | Illinois Department of Revenue | Dividend paid 46.04% on $4,951.86; Claim# 13; Filed: $6,086.72; Reference: POSTED IN WRONG CASE<br>Voided on 11/13/13 | 5800-003 | | 2,280.28 | 61,389.63 |
| 12/02/13 | 11013 | Illinois Department of Revenue | Dividend paid 46.04% on $17,674.59; Claim# 14P; Filed: $17,674.59; Reference: POSTED IN WRONG CASE<br>Voided on 11/13/13 | 5800-003 | | 8,138.97 | 53,250.66 |
| 12/16/13 | 11015 | DONALD M. SAMSON, ATTORNEY | Dividend paid 100.00% on $4,772.50, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 4,772.50 | 48,478.16 |
| 12/16/13 | 11016 | DONALD M. SAMSON, ATTORNEY | Dividend paid 100.00% on $22.77, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 22.77 | 48,455.39 |
| 12/16/13 | 11022 | DONALD M. SAMSON, TRUSTEE | COMBINED CHECK FOR TRUSTEE COMPENSATION, EXPENSES AND INTEREST | | | 8,448.25 | 40,007.14 |
| | | | Dividend paid 100.00%   8,337.01<br>on $8,337.01;  Claim# ;<br>Filed: $8,337.01 | 2100-000 | | | 40,007.14 |
| | | | Dividend paid 100.00%   111.24<br>on $111.24;  Claim# ;<br>Filed: $111.24 | 2200-000 | | | 40,007.14 |
| 12/30/13 | 11017 | CLERK OF BANKRUPTCY | Dividend paid 100.00% on $1,250.00, Clerk of the Court Costs (includes adversary and other filing fees); Reference: | 2700-000 | | 1,250.00 | 38,757.14 |
| 12/30/13 | 11018 | Illinois Department of Employment Security | Dividend paid 46.04% on $8,924.40; Claim# 10P; Filed: $16,651.26; Reference: | 5800-000 | | 4,109.60 | 34,647.54 |
| 12/30/13 | 11019 | Illinois Department of Revenue | Dividend paid 46.04% on $52,614.13; Claim# 12P-2; Filed: $52,614.13; Reference: | 5800-000 | | 24,228.29 | 10,419.25 |
| 12/30/13 | 11020 | Illinois Department of Revenue | Dividend paid 46.04% on $4,951.86; Claim# 13; Filed: $6,086.72; Reference: | 5800-000 | | 2,280.28 | 8,138.97 |
| 12/30/13 | 11021 | Illinois Department of Revenue | Dividend paid 46.04% on $17,674.59; Claim# 14P; Filed: $17,674.59; Reference: | 5800-000 | | 8,138.97 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 54,841.29 | 54,841.29 | **$0.00** |
| | | | Less: Bank Transfers | | 28,341.29 | 0.00 | |
| | | | **Subtotal** | | 26,500.00 | 54,841.29 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$26,500.00** | **$54,841.29** | |

{} Asset reference(s)

Printed: 03/04/2014 10:16 AM   V.13.13

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 7

| **Case Number:** | 07-31110 | **Trustee:** | DONALD M. SAMSON, TRUSTEE (330160) |
| --- | --- | --- | --- |
| **Case Name:** | MIDWEST RACKING MANUFACTURING INC. | **Bank Name:** | Rabobank, N.A. |
| | | **Account:** | ******4866 - Checking Account |
| **Taxpayer ID #:** | **-***1598 | **Blanket Bond:** | $69,146,203.00  (per case limit) |
| **Period Ending:** | 03/04/14 | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
| --- | --- | --- | --- | --- | --- | --- | --- |
| (No Transactions on File for this Period) | | | ACCOUNT TOTALS | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | Subtotal | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $0.00 | |

| **TOTAL - ALL ACCOUNTS** | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
| --- | --- | --- | --- |
| **Checking # ****-******86-65** | 75,240.10 | 26,898.81 | 0.00 |
| **Checking # ****-******86-66** | 0.00 | 20,000.00 | 0.00 |
| **Checking # ******4865** | 26,500.00 | 54,841.29 | 0.00 |
| **Checking # ******4866** | 0.00 | 0.00 | 0.00 |
| | $101,740.10 | $101,740.10 | $0.00 |

{} Asset reference(s)

Printed: 03/04/2014 10:16 AM   V.13.13